IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALBERT FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv333-MHT |
| | ) | (WO) |
| WARDEN WALTER WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss (doc. no. 8), which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that:

(1) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

(2) All other motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of April, 2018.

                                      /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**